**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Charles Price, | ) | |
| | ) | Case No. 4:07-mj-063 |
| Defendant. | ) | |

_____

On November 15, 2007, the court received a Waiver of Preliminary Hearing executed by the defendant as well as by defense counsel.

The court finds that the defendant, having had an opportunity to consult with counsel, freely and voluntarily, and knowingly and intelligently waived his right to a preliminary hearing. Further, based upon the defendant's waiver of his right to a preliminary hearing, the court finds that there is probable cause to believe that the defendant may have committed the offense alleged in the complaint. Accordingly, the court **ORDERS** that the defendant be bound over to the United States District Court to answer to the charges set forth in the complaint.

**IT IS SO ORDERED.**

Dated this 16th day of November, 2007.

/s/ Charles S. Miller, Jr
Charles S. Miller, Jr.
United States Magistrate Judge