**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Charles Price, | ) | Case No. 4:07-cr-106 |
| | ) | |
| Defendant. | ) | |

On February 7, 2008, the court convened a hearing on Defendant's Petition for Action on Conditions of Pretrial Release. AUSA Clare Hochhalter appeared on the Government's behalf. Assistant Federal Public Defender William Schmidt appeared on Defendant's behalf.

There is no dispute that Defendant was terminated from Centre, Inc. on January 31, 2008, for violating its rules and regulations. Thus, for the reasons expressed at the close of the hearing, the court finds Defendant is unlikely to abide by any condition or combination of conditions of release. These reasons include Defendant's lack of candor regarding events precipitating his termination from Centre, Inc. as well as his prior criminal history and inability to comply with State supervision while on probation.

Accordingly, the court **ORDERS** that Defendant's pretrial release be revoked and that be detained pending final disposition of this matter. Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility. Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the

purpose of an appearance in connection with a court proceeding.

    Dated this 7th day of February, 2008.

                                                 */s/ Charles S. Miller, Jr.*
                                                 Charles S. Miller, Jr., Magistrate Judge
                                                 United States District Court